# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| Tommy Henderson, | ) | |
| --- | --- | --- |
| Plaintiff, | ) ) ) | Civil Action No. 0:19-cv-0373-TLW |
| v. | ) ) | **ORDER** |
| Angela Gregory, | ) ) | |
| Defendant. | ) ) ) ) | |

On February 8, 2019, Plaintiff, Tommy Henderson, (Plaintiff) brought this action, *pro se*, alleging claims for violations of his rights pursuant to the Fifth and Fourteenth Amendment. ECF No. 1. Plaintiff filed an amended complaint on March 18, 2019. ECF No. 10. This matter now comes before the Court for review of the Report and Recommendation (the Report) filed by United States Magistrate Judge Paige J. Gossett, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), (D.S.C.). ECF No. 15. In the Report, the Magistrate Judge recommends that the case be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted. Objections were due on April 15, 2019, however, Plaintiff failed to file objections to the Report.

This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report, this Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Report and relevant filings. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation, ECF No. 15, is **ACCEPTED**, and this case is **DISMISSED** without prejudice and without issuance of service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED.**

                                                  *s/Terry L. Wooten*
                                                  Senior United States District Judge

May 3, 2019
Columbia, South Carolina